**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **Civil Action No. 1:19-cv-03552** |
| **GEORGE SLOWINSKI,** | ) ) | **Honorable Edmond E. Chang** |
| **Defendant.** | ) ) ) | |

**SEC'S MOTION FOR DISGORGEMENT, PREJUDGMENT INTEREST,**
**CIVIL PENALTIES, AND ENTRY OF FINAL JUDGMENT**

Plaintiff U.S. Securities and Exchange Commission, pursuant to the "bifurcated"

settlement of Defendant George Slowinski, in which he agreed to a framework for the Court to

determine financial remedies, hereby moves the Court to enter a Final Judgment imposing

disgorgement, prejudgment interest, and civil penalties. For the reasons cited in the SEC's

memorandum, the Court should grant the motion, order the requested financial remedies, and

enter a Final Judgment against Slowinski.


Dated: November 14, 2019           Respectfully submitted,

                                    /s/ Benjamin Hanauer
                                   Benjamin J. Hanauer (hanauerb@sec.gov)
                                   Timothy J. Stockwell (stockwellt@sec.gov)
                                   175 West Jackson Blvd., Suite 1450
                                   Chicago, IL 60604
                                   Phone: (312) 353-7390
                                   Facsimile: (312) 353-7398
                                   Attorney for Plaintiff
                                   U.S. Securities and Exchange Commission


1

**CERTIFICATE OF SERVICE**

I hereby certify that I provided service of the foregoing Motion, via ECF filing, to all

counsel of record on November 14, 2019.


　/s/ Benjamin Hanauer
Benjamin J. Hanauer
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Phone:  (312) 353-7390
Facsimile: (312) 353-7398

One of the Attorneys for Plaintiff