UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|   |   |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>GEORGE SLOWINSKI,<br><br>　　Defendant. | Civil Action No. 1:19-cv-03552<br><br>Honorable Edmond E. Chang |

## DECLARATION OF ANN TUSHAUS REGARDING DISGORGEMENT AND PREJUDGMENT INTEREST AGAINST GEORGE SLOWINSKI

1.　　I, Ann M. Tushaus, am a Staff Accountant in the Chicago Regional Office of the Securities and Exchange Commission (the "SEC"), located at 175 West Jackson Boulevard, Suite 1450, Chicago, Illinois, 60604. I have worked as a Staff Accountant at the SEC since July 2007.

2.　　I received a B.A. degree in Accounting from Illinois Wesleyan University and have been a Certified Public Accountant since October 2004. Prior to working at the SEC, I was an auditor in the private sector.

3.　　As part of my duties, I participated in the SEC's investigation regarding George Slowinski ("Slowinski") and Rebuilding America, LLC ("Rebuilding America"). I reviewed the SEC's files concerning the offer and sale of investments in Rebuilding America. Those files include, among other things, documents from various banks, documents from several individuals, including Slowinski, and other documents obtained by the SEC in its investigation. I also participated in witness testimonies and interviews.

4. In the course of the investigation, I analyzed certain financial records concerning the flow of funds through accounts held by Rebuilding America, entities that Slowinski controlled, and other individuals and entities. I have personally analyzed and summarized available bank records provided by various financial institutions. The bank records are so voluminous that they cannot be conveniently attached to this Declaration.

5. In connection with the above-captioned lawsuit, I have reviewed and summarized certain bank records, credit card records, and financial transactions. Specifically, I have reviewed:

    a. bank records of Rebuilding America which records included, but were not limited to: account opening documents, bank signatory forms, canceled checks, monthly statements, deposits, debit and credit memoranda, and wire transfer advices;

    b. bank records of G-Slow Construction Services LLC ("G-Slow Construction") which records included, but were not limited to: account opening documents, bank signatory forms, canceled checks, monthly statements, deposits, debit and credit memoranda, and wire transfer advices;

    c. bank records of G-Slow Real Estate Team LLC which records included, but were not limited to: account opening documents, bank signatory forms, canceled checks, monthly statements, deposits, debit and credit memoranda, and wire transfer advices;

    d. bank records of RealProp Chicago LLC ("RealProp") which records included, but were not limited to: account opening documents, bank signatory forms, canceled checks, monthly statements, deposits, debit and credit memoranda,

and wire transfer advices;

  e. bank records of Tulip Escrow Services, Inc. ("Tulip") which records included, but were not limited to: account opening documents, bank signatory forms, canceled checks, monthly statements, deposits, debit and credit memoranda, and wire transfer advices;

  f. American Express credit card records of G-Slow Construction which records included, but were not limited to monthly statements; and

  g. Transaction summary schedules prepared by Rebuilding America which show the total amount invested, commission fees, and management fees.

6. At Slowinski's investigative testimony, which I attended, Slowinski testified that he was the 100% owner of RealProp, and that RealProp was a one-third member of Rebuilding America.

7. My review of the transaction summary schedules described in the above paragraph 5 shows that between September 2013 and June 2014 Rebuilding America raised more than $20 million from investors. Investor funds were deposited in accounts held in the name of Rebuilding America and Tulip.

8. My review of the financial records described in the above paragraph 5 shows that between December 14, 2013 and June 30, 2014 Rebuilding America transferred $339,600 to RealProp's bank account. The funds from Rebuilding America accounted for 99.9% of the total deposits in RealProp's bank account during that period.

9. My review of the financial records described in the above paragraph 5 further shows that Slowinski used funds received by RealProp from Rebuilding America for personal uses including dining, travel, clothing, jewelry, tobacco, personal taxes, medical expenses,

ATM withdrawals, and direct payments to Slowinski and his family members.

10. Exhibit A is a schedule I prepared showing a prejudgment interest calculation for Slowinski's disgorgement figure of $339,600. I calculated the prejudgment interest applying the interest rate, adjusted quarterly, used by the IRS for computation of interest on the underpayment of taxes. Interest was compounded quarterly beginning April 1, 2014. In my experience, this is the way courts typically calculate prejudgment interest in SEC enforcement actions. Using this methodology, the prejudgment interest on disgorgement on $339,600 is $84,107.

I, Ann M. Tushaus, declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 7th day of November 2019.

_____
Ann M. Tushaus

**EXHIBIT A**

| | PREJUDGMENT INTEREST CALCULATION<br>George Slowinski<br>Case No.: 1:19-cv-03552 | | | | |
|---|---|---|---|---|---|

| PERIOD | | | [1]<br>ANNUAL<br>RATE | [2]<br>PERIOD RATE | [3]<br>PERIOD<br>INTEREST | [4]<br>PERIOD<br>AMOUNT | [5]<br>TOTAL |
|---|---|---|---|---|---|---|---|
| 01/01/14 | to | 03/31/14 | 3% | 0.75% | - | 260,785 | 260,785 |
| 04/01/14 | to | 06/30/14 | 3% | 0.75% | 1,956 | 78,814 | 341,555 |
| 07/01/14 | to | 09/30/14 | 3% | 0.75% | 2,562 | - | 344,117 |
| 10/01/14 | to | 12/31/14 | 3% | 0.75% | 2,581 | - | 346,698 |
| 01/01/15 | to | 03/31/15 | 3% | 0.75% | 2,600 | - | 349,298 |
| 04/01/15 | to | 06/30/15 | 3% | 0.75% | 2,620 | - | 351,918 |
| 07/01/15 | to | 09/30/15 | 3% | 0.75% | 2,639 | - | 354,557 |
| 10/01/15 | to | 12/31/15 | 3% | 0.75% | 2,659 | - | 357,216 |
| 01/01/16 | to | 03/31/16 | 3% | 0.75% | 2,679 | - | 359,896 |
| 04/01/16 | to | 06/30/16 | 4% | 1.00% | 3,599 | - | 363,495 |
| 07/01/16 | to | 09/30/16 | 4% | 1.00% | 3,635 | - | 367,130 |
| 10/01/16 | to | 12/31/16 | 4% | 1.00% | 3,671 | - | 370,801 |
| 01/01/17 | to | 03/31/17 | 4% | 1.00% | 3,708 | - | 374,509 |
| 04/01/17 | to | 06/30/17 | 4% | 1.00% | 3,745 | - | 378,254 |
| 07/01/17 | to | 09/30/17 | 4% | 1.00% | 3,783 | - | 382,036 |
| 10/01/17 | to | 12/31/17 | 4% | 1.00% | 3,820 | - | 385,857 |
| 01/01/18 | to | 03/31/18 | 4% | 1.00% | 3,859 | - | 389,715 |
| 04/01/18 | to | 06/30/18 | 5% | 1.25% | 4,871 | - | 394,587 |
| 07/01/18 | to | 09/30/18 | 5% | 1.25% | 4,932 | - | 399,519 |
| 10/01/18 | to | 12/31/18 | 5% | 1.25% | 4,994 | - | 404,513 |
| 01/01/19 | to | 03/31/19 | 6% | 1.50% | 6,068 | - | 410,581 |
| 04/01/19 | to | 06/30/19 | 6% | 1.50% | 6,159 | - | 416,740 |
| 07/01/19 | to | 09/30/19 | 5% | 1.25% | 5,209 | - | 421,949 |
| 10/01/19 | to | 10/31/19 | 5% | 0.42% | 1,758 | - | 423,707 |
| | | | | | $ 84,107 | $ 339,600 | |

| DISGORGEMENT SUMMARY | | |
|---|---|---|
| TOTAL DISGORGEMENT AMOUNT | $ | 339,600 |
| TOTAL INTEREST | | 84,107 |
| | $ | 423,707 |

**NOTES**

[1] Interest rates for underpayments published quarterly by the Internal Revenue Service in accordance with Section 6621.
[2] Interest rate to be used in the calculation. For example, the rate for the period ending June 30, 2014, is 3% divided by 4.
[3] The interest amount calculated for the period which equals the preceding period total multiplied by the period interest rate.
[4] Total disgorgement amount for period is sum of payments to RealProp from Rebuilding America.
[5] Total is the preceding period total plus the interest calculated for the period, plus the period amount.