# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

U.S. Securities and Exchange Commission,

Plaintiff(s),

v.

GEORGE SLOWINSKI,

Defendant(s).

Case No. 19 C 3552
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Monetary judgment entered in favor of the Plaintiff and against the Defendant as follows: Defendant is ordered to pay $339,000 in disgorgement; $84,107 in prejudgment interest; and $84,750 in civil penalties.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for disgorgement, prejudgment interest, and civil penalties.

Date: 11/30/2020                                Thomas G. Bruton, Clerk of Court

                                                /s/ Michael Wing, Deputy Clerk